**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

CHRISTOPHER YSAIS,

    Plaintiff,

vs.                                                                                          No. CIV. 07-0287 JB/RLP

BILL RICHARDSON, in his official capacity as Governor,
State of New Mexico, and as an individual; MARY-DALE BOLSON,
in her capacity as Cabinet Secretary of the Department of Children
Youth and Family, State of New Mexico, and as an individual;
KAREN PRICE, in her official capacity as Agency Head, and as an individual;
DAVID MONTOYA, in his capacity as a Supervisor of CYFD and as an individual;
JULIE BODENNER, in her capacity as a supervisor of CYFD, and as an individual;
JENNIFER LYNN, as an employee of CYFD, and as an individual;
THE STATE OF NEW MEXICO; SECOND JUDICIAL DISTRICT COURT;
THE SECOND JUDICIAL DISTRICT COURT FAMILY CLINIC DIVISION;
BETH ROTH, in her capacity as Supervisor of the Family Court Clinic, and as an
individual; TERRY ASHCOM, in her capacity as an employee of the Family Court Clinic,
and as an individual; DIANN SHEPPARD, in her capacity as an employee of the Family
Court Clinic, and as an individual; THE CITY OF RIO RANCHO; THE CITY OF RIO
RANCHO POLICE DEPARTMENT; CHRIS PINO, in his capacity as an investigative
sergeant of the Rio Rancho Police Department, and as an individual;
JEFF CHAVEZ, in his capacity as a Rio Rancho Police Officer, and as an individual;
BRIAN LINK, as a Detective in the Rio Rancho Police Department, and as an individual;
ABRAZOS, INC.; ELIZABETH SIMS, in her capacity as an employee of Abrazos,
and as an individual; JANE DOE 1, in her capacity as an employee of Abrazos, and as an
individual; JOHN DOE 1, in his capacity as an employee of Abrazos, and as an
individual; PRESBYTERIAN HOSPITAL, INC.; MARY DENTZ, in her capacity as a
Nurse Practitioner employed by Presbyterian Hospital, and as an individual; DR. KAREN
WALSH, in her capacity as a Doctor employed by Presbyterian Hospital, and as an
individual; THE UNIVERSITY OF NEW MEXICO HOSPITAL; DR. CAROL
CLERICUZIO, in her capacity as an employee of the University of New Mexico Hospital,
and as an individual; DR. JUDITH LEDMAN, in her capacity as an employee of the
University of New Mexico Hospital, and as an individual; RIO RANCHO PUBLIC
SCHOOLS; SHINING STARS PRE-SCHOOL; JOAN HROMAS, in her capacity as an
employee of the Rio Rancho Public Schools, and as an individual;
THE THIRTEENTH JUDICIAL DISTRICT ATTORNEY'S OFFICE;
CARLOS ELIZANDO, in his capacity as Assistant District Attorney, and as an
individual; JODY CARRASCO, in her capacity as an employee of the Thirteenth
Judicial District Attorney's Office, and as an individual; MEMORABLE MOMENTS
DAYCARE; TAMMY ROSEN, in her capacity as owner of Memorable
Moments Daycare, and as an individual; COZY DAYCARE; DONNA EARL,

in her capacity as owner of Cozy Daycare and as an individual; DR. GAYLE
ZIEMAN, in his capacity as a contractor with the Second Judicial District
Court Family Clinic, HAVEN HOUSE, and as an individual; CONSUELO
LEYBA, as an individual; and ANTHONY LEYBA, as an individual,

        Defendants.

## ORDER

**THIS MATTER** comes before the Court on the Plaintiff's: (i) Motion for Demand of Declaratory Jury Trial on Equal Protection By Jury of Twelve, filed December 29, 2008 (Doc. 495); (ii) Motion for Judgment On Jurisdiction By Jury Trial, filed December 29, 2008 (Doc. 496); (iii) Motion for Stay, filed December 30, 2008 (Doc. 497); (iv) Motion to Consolidate Special Jury Trial, filed December 31, 2008 (Doc. 498); (v) Motion for Equitable Speedy Trail, filed January 12, 2009 (Doc. 510); (vi) Motion for Sanctions for Document 503, filed January 26, 2009 (Doc. 521); (vii) Motion for Sanctions for Document 504, filed January 26, 2009 (Doc. 522); (viii) Motion for Sanctions for Document 508, filed January 26, 2009 (Doc. 523); (ix) Motion for Sanctions for Document 509, filed January 26, 2009 (Doc. 524); (x) Motion for Sanctions for Document 500, filed January 26, 2009 (Doc. 539); (xi) Motion for Sanctions for Document 501, filed January 26, 2009 (Doc. 540); (xii) Motion for Sanctions for Document 505, filed January 26, 2009 (Doc. 541); (xiii) Motion for Sanctions for Document 506, filed January 26, 2009 (Doc. 542); (xiv) Motion for Sanctions for Document 511, filed January 26, 2009 (Doc. 543); (xv) Motion for Default Judgment On Document 495, 496, 497, and 498, filed January 29, 2009 (Doc. 544); (xvi) Motion for Default Judgment On Document 495, 496, 497, and 498 Per Defendants Rio Rancho Public Schools, and Shining Star Pre-School, filed January 29, 2009 (Doc. 545); and (xvii) Motion for Default Judgment On Document 510 Per Defendants Rio Rancho Public Schools, and Shining Star Pre-School, filed January 29, 2009 (Doc. 546). The Court has reviewed these motions, the Defendants' responses,

and the relevant law.  Plaintiff Christopher L. Ysais requests that the Court submit legal questions that the Court has already ruled on to a jury; that it sanction the Defendants for filing responses to his motions that he does not like; and that the Court grant "default judgment" in his favor on his various motions.  He has failed to identify or submit valid legal bases for his requests.  Further, the Court has, in previous oral and written rulings, granted judgment in favor of, or dismissed, all but two Defendants before Ysais filed his motions.  The Court entered a final judgment regarding all Defendants except for Consuelo Leyba on February 19, 2009.  Accordingly, the Court will deny all motions, or disregard all documents, in this case against any Defendant other than Leyba except for a notice of appeal.

**IT IS ORDERED** that the Motion for Demand of Declaratory Jury Trial on Equal Protection By Jury of Twelve (Doc. 495), Motion for Judgment On Jurisdiction By Jury Trial (Doc. 496), Motion for Stay (Doc. 497), Motion to Consolidate Special Jury Trial (Doc. 498), Motion for Equitable Speedy Trail (Doc. 510),  Motion for Sanctions for Document 503 (Doc. 521), Motion for Sanctions for Document 504 (Doc. 522), Motion for Sanctions for Document 508 (Doc. 523), Motion for Sanctions for Document 509 (Doc. 524), Motion for Sanctions for Document 500 (Doc. 539), Motion for Sanctions for Document 501 (Doc. 540), Motion for Sanctions for Document 505 (Doc. 541), Motion for Sanctions for Document 506 (Doc. 542), Motion for Sanctions for Document 511 (Doc. 543), Motion for Default Judgment On Document 495, 496, 497, and 498 (Doc. 544), Motion for Default Judgment On Document 495, 496, 497, and 498 Per Defendants Rio Rancho Public Schools, and Shining Star Pre-School (Doc. 545), and Motion for Default Judgment On Document 510 Per Defendants Rio Rancho Public Schools, and Shining Star Pre-School (Doc. 546) are denied.  The Court will not consider any further filings against any Defendant other than Consuelo Leyba, other than a notice of appeal.

```
                                    _____
                                    UNITED STATES DISTRICT JUDGE
```

*Counsel and Parties*:

Christopher Ysais
Rio Rancho, New Mexico

    *Pro Se Plaintiff*

Timothy V. Flynn-O'Brien
Albuquerque, New Mexico

    *Attorney for Defendants Bill Richardson, Mary-Dale Bolson, Karen Price,
   David Montoya, Julie Bodenner, State of New Mexico, Second Judicial District Court,
   The Second Judicial District Court Family Court Clinic Division, Beth Roth, Terry
   Ashcom, Diann Sheppard, University of New Mexico Hospital, Carol Clercuzio, Judith
   Ledman, the Thirteenth Judicial District Attorney's Office, and Carlos Elizando*

Aaron C. Viets
Rodey, Dickason, Sloan, Akin & Robb, P.A.
Albuquerque, New Mexico

    *Attorneys for Defendants Presbyterian Healthcare
   Services, Mary Dentz and Karen Walsh*

Kevin M. Brown
Brown & German, L.L.C.
Albuquerque, New Mexico

    *Attorneys for Defendants Rio Rancho Public Schools, Shining Stars Preschool,
   and Joan Hromas*

Stephen G. French
Regina Y. York
French & Associates, P.C.
Albuquerque, New Mexico

    *Attorneys for Defendants City of Rio Rancho, Rio Rancho Police Dept.,
   Chris Pino, Jeff Chavez, and Brian Link*

Nancy Franchini
Gallagher, Casados & Mann, P.C.
Albuquerque, New Mexico

    *Attorneys for Defendants Abrazos, Inc. and Elizabeth Sims*

Kathleen M. Wilson
Mariposa Padilla Sivage
Keleher & McLeod, P.A.
Albuquerque, New Mexico

    *Attorneys for Defendant Dr. Gayle Zieman*

Donna Earl
Rio Rancho, New Mexico

    *Pro Se Defendant*

Consuelo Leyba
Rio Rancho, New Mexico

    *Pro Se Defendant*