**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

CHRISTOPHER YSAIS,

    Plaintiff,

vs.                                                                   No. CIV 07-0287 JB/RLP

BILL RICHARDSON, in his official capacity as Governor,
State of New Mexico, and as an individual; MARY-DALE BOLSON,
in her capacity as Cabinet Secretary of the Department of Children
Youth and Family, State of New Mexico, and as an individual;
KAREN PRICE, in her official capacity as Agency Head, and as an individual;
DAVID MONTOYA, in his capacity as a Supervisor of CYFD and as an individual;
JULIE BODENNER, in her capacity as a supervisor of CYFD, and as an individual;
JENNIFER LYNN, as an employee of CYFD, and as an individual;
THE STATE OF NEW MEXICO; SECOND JUDICIAL DISTRICT COURT;
THE SECOND JUDICIAL DISTRICT COURT FAMILY CLINIC DIVISION;
BETH ROTH, in her capacity as Supervisor of the Family Court Clinic, and as an
individual; TERRY ASHCOM, in her capacity as an employee of the Family Court Clinic,
and as an individual; DIANN SHEPPARD, in her capacity as an employee of the Family
Court Clinic, and as an individual; THE CITY OF RIO RANCHO; THE CITY OF RIO
RANCHO POLICE DEPARTMENT; CHRIS PINO, in his capacity as an investigative
sergeant of the Rio Rancho Police Department, and as an individual;
JEFF CHAVEZ, in his capacity as a Rio Rancho Police Officer, and as an individual;
BRIAN LINK, as a Detective in the Rio Rancho Police Department, and as an individual;
ABRAZOS, INC.; ELIZABETH SIMS, in her capacity as an employee of Abrazos,
and as an individual; JANE DOE 1, in her capacity as an employee of Abrazos, and as an
individual; JOHN DOE 1, in his capacity as an employee of Abrazos, and as an
individual; PRESBYTERIAN HOSPITAL, INC.; MARY DENTZ, in her capacity as a
Nurse Practitioner employed by Presbyterian Hospital, and as an individual; DR. KAREN
WALSH, in her capacity as a Doctor employed by Presbyterian Hospital, and as an
individual; THE UNIVERSITY OF NEW MEXICO HOSPITAL; DR. CAROL
CLERICUZIO, in her capacity as an employee of the University of New Mexico Hospital,
and as an individual; DR. JUDITH LEDMAN, in her capacity as an employee of the
University of New Mexico Hospital, and as an individual; RIO RANCHO PUBLIC
SCHOOLS; SHINING STARS PRE-SCHOOL; JOAN HROMAS, in her capacity as an
employee of the Rio Rancho Public Schools, and as an individual;
THE THIRTEENTH JUDICIAL DISTRICT ATTORNEY'S OFFICE;
CARLOS ELIZANDO, in his capacity as Assistant District Attorney, and as an
individual; JODY CARRASCO, in her capacity as an employee of the Thirteenth
Judicial District Attorney's Office, and as an individual; MEMORABLE MOMENTS
DAYCARE; TAMMY ROSEN, in her capacity as owner of Memorable
Moments Daycare, and as an individual; COZY DAYCARE; DONNA EARL,

in her capacity as owner of Cozy Daycare and as an individual; DR. GAYLE ZIEMAN, in his capacity as a contractor with the Second Judicial District Court Family Clinic, HAVEN HOUSE, and as an individual; CONSUELO LEYBA, as an individual; and ANTHONY LEYBA, as an individual,

        Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on pro se Defendant Consuelo (Angela) Leyba's Request to the Honorable James O. Browning to Please Excuse Ms. Angela Leyba From Further Hearings Pertaining to/Brought by Chris Y. Ysais, filed December 11, 2008 (Doc. 492), which the Court has noticed the parties that it will construe as a motion to dismiss or for summary judgment, see Order, filed December 17, 2008 (Doc. 493). The Court, having granted the motion and having dismissed the claims against Defendant Consuelo (Angela) Leyba, finds that, pursuant to rule 54(b) of the Federal Rules of Civil Procedure, there is no just reason to delay entry of judgment. The Court finds that Final Judgment should and will be entered in favor of Leyba and against Plaintiff Christopher Ysais. This Final Judgment adjudicates all existing federal claims and liabilities of Ysais and Leyba. The Court declines to exercise jurisdiction over any potential state claims and they are dismissed without prejudice.

**IT IS HEREBY ORDERED** that Final Judgment is entered in favor of Defendant Consuelo (Angela) Leyba and against Plaintiff Christopher Ysais on all federal claims. All federal claims are dismissed with prejudice. All state claims are dismissed without prejudice.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE

*Counsel and Parties*:

Christopher Ysais
Rio Rancho, New Mexico

  *Pro Se Plaintiff*

Timothy V. Flynn-O'Brien
Albuquerque, New Mexico

  *Attorney for Defendants Bill Richardson, Mary-Dale Bolson, Karen Price,*
   *David Montoya, Julie Bodenner, State of New Mexico, Second Judicial District Court,*
   *The Second Judicial District Court Family Court Clinic Division, Beth Roth, Terry*
   *Ashcom, Diann Sheppard, University of New Mexico Hospital, Carol Clercuzio, Judith*
   *Ledman, the Thirteenth Judicial District Attorney's Office, and Carlos Elizando*

Aaron C. Viets
Rodey, Dickason, Sloan, Akin & Robb, P.A.
Albuquerque, New Mexico

  *Attorneys for Defendants Presbyterian Healthcare*
   *Services, Mary Dentz and Karen Walsh*

Kevin M. Brown
Brown & German, L.L.C.
Albuquerque, New Mexico

  *Attorneys for Defendants Rio Rancho Public Schools, Shining Stars Preschool,*
   *and Joan Hromas*

Stephen G. French
Regina Y. York
French & Associates, P.C.
Albuquerque, New Mexico

  *Attorneys for Defendants City of Rio Rancho, Rio Rancho Police Dept.,*
   *Chris Pino, Jeff Chavez, and Brian Link*

Nancy Franchini
Gallagher, Casados & Mann, P.C.
Albuquerque, New Mexico

  *Attorneys for Defendants Abrazos, Inc. and Elizabeth Sims*

Kathleen M. Wilson
Mariposa Padilla Sivage
Keleher & McLeod, P.A.
Albuquerque, New Mexico

>*Attorneys for Defendant Dr. Gayle Zieman*

Donna Earl
Rio Rancho, New Mexico

>*Pro Se Defendant*

Consuelo Leyba
Rio Rancho, New Mexico

>*Pro Se Defendant*