IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHRISTOPHER YSAIS,

    Plaintiff,

vs.                                                                                                  No. CIV. 07-0287 JB/RLP

BILL RICHARDSON, in his official capacity as Governor,
State of New Mexico, and as an individual; MARY-DALE
BOLSON, in her capacity as Cabinet Secretary of the
Department of Children Youth and Family, State of New Mexico,
and as an individual; KAREN PRICE, in her official capacity
as Agency Head, and as an individual; DAVID MONTOYA, in
his capacity as a Supervisor of CYFD and as an individual; JULIE
BODENNER, in her capacity as a supervisor of CYFD, and as an
individual; JENNIFER LYNN, as an employee of CYFD, and as an
individual; THE STATE OF NEW MEXICO, SECOND JUDICIAL
DISTRICT COURT; THE SECOND JUDICIAL DISTRICT COURT
FAMILY CLINIC DIVISION; BETH ROTH, in her capacity as
Supervisor of the Family Court Clinic, and as an individual; TERRY
ASHCOM, in her capacity as an employee of the Family Court Clinic,
and as an individual; DIANN SHEPPARD, in her capacity as an
employee of the Family Court Clinic, and as an individual; THE CITY
OF RIO RANCHO; THE CITY OF RIO RANCHO POLICE
DEPARTMENT; CHRIS PINO, in his capacity as an investigative
sergeant of the Rio Rancho Police Department, and as an individual;
JEFF CHAVEZ, in his capacity as a Rio Rancho Police Officer, and as
an individual; BRIAN LINK, as a Detective in the Rio Rancho Police
Department, and as an individual; ABRAZOS, INC.; ABRAZOS
FAMILY SUPPORT SERVICES, ELIZABETH SIMS, in her capacity
as an employee of Abrazos, and as an individual; JANE DOE 1, in her
capacity as an employee of Abrazos, and as an individual; JOHN DOE 1,
in his capacity as an employee of Abrazos, and as an individual;
PRESBYTERIAN HOSPITAL, INC.; MARY DENTZ, in her capacity
as a Nurse Practitioner employed by Presbyterian Hospital, and as an
individual; DR. KAREN WALSH, in her capacity as a Doctor employed
by Presbyterian Hospital, and as an individual; THE UNIVERSITY OF
NEW MEXICO HOSPITAL; DR. CAROL CLERICUZIO, in her
capacity as an employee of the University of New Mexico Hospital,
and as an individual; DR. JUDITH LEDMAN, in her capacity as an
employee of the University of New Mexico Hospital, and as an individual;
RIO RANCHO PUBLIC SCHOOLS; SHINING STARS PRE-SCHOOL;

JOAN HROMAS, in her capacity as an employee of the Rio Rancho
Public Schools, and as an individual; THE THIRTEENTH JUDICIAL
DISTRICT ATTORNEY'S OFFICE; CARLOS ELIZANDO, in his
capacity as Assistant District Attorney, and as an individual; JODY
CARRASCO, in her capacity as an employee of the Thirteenth Judicial
District Attorney's Office, and as an individual; MEMORABLE
MOMENTS DAYCARE; TAMMY ROSEN, in her capacity as owner
of Memorable Moments Daycare, and as an individual; COZY
DAYCARE; DONNA EARL, in her capacity as owner of Cozy Daycare
and as an individual; DR. GAYLE ZIEMAN, in his capacity as a
contractor with the Second Judicial District Court Family Clinic, HAVEN
HOUSE, and as an individual; CONSUELO LEYBA, as an individual; and
ANTHONY LEYBA, as an individual,

       Defendants.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S ANALYSIS AND RECOMMENDED DISPOSITION

**THIS MATTER** comes before the Court on the Magistrate Judge's Analysis and Recommended Disposition, filed April 22, 2010 (Doc. 684).  The Magistrate Judge's findings notified the parties of their ability to file objections and that failure to do so waives appellate review.  See id. at 1 n.1.  See also Casanova v. Ulibarri, No. 09-2096, 2010 U.S. App. LEXIS 2654, at *2 (10th Cir. Feb. 9, 2010)("This circuit has adopted a firm waiver rule when a party fails to object to the findings and recommendations of the magistrate judge.")(citation and internal quotation marks omitted).  Plaintiff Christopher Ysais has not filed an objection to the Analysis and Recommended Disposition.  After a thorough *de novo* review of the Magistrate Judge's reasoning, the Court finds that it should adopt the Magistrate Judge's Analysis and Recommended Disposition.  The Court further notes that, although the case was on appeal when the Magistrate Judge formulated its Analysis and Recommended Disposition, the United States Court of Appeals for the Tenth Circuit has issued an opinion in which they affirmed the Court's disposition of Ysais' case.  See Ysais v. Richardson, No. 09-2111, 2010 WL 1662483, at *5 (10th Cir. Apr. 27, 2010).  The Court is now

waiting only for the Tenth Circuit's mandate to issue. Ysais should, at this point, acknowledge that this case has ended and that he has lost. He must now stop filing documents and motions in this matter.

**IT IS ORDERED** that the Magistrate Judge's Analysis and Recommended Disposition are adopted. Documents appearing at Docket Nos. 677, 680 and 681 of the Court's docket are hereby stricken from the record. Plaintiff Christopher Ysais is advised that filing additional pleadings or other documents in this matter may result in the Court imposing monetary sanctions against him.

_____
UNITED STATES DISTRICT JUDGE

*Counsel and Parties*:

Christopher Ysais
Rio Rancho, New Mexico

    *Plaintiff pro se*

Timothy V. Flynn-O'Brien
Albuquerque, New Mexico

    *Attorney for Defendants Bill Richardson, Mary-Dale Bolson, Karen Price,*
      *David Montoya, Julie Bodenner, State of New Mexico, Second Judicial District Court,*
      *The Second Judicial District Court Family Court Clinic Division, Beth Roth, Terry*
      *Ashcom, Diann Sheppard, University of New Mexico Hospital, Carol Clericuzio, Judith*
      *Ledman, the Thirteenth Judicial District Attorney's Office, and Carlos Elizando*

Aaron C. Viets
Rodey, Dickason, Sloan, Akin & Robb, P.A.
Albuquerque, New Mexico

    *Attorneys for Defendants Presbyterian Healthcare*
      *Services, Mary Dentz and Karen Walsh*

Kevin M. Brown
Brown & German, L.L.C.
Albuquerque, New Mexico

>*Attorneys for Defendants Rio Rancho Public Schools, Shining Stars Preschool, and Joan Hromas*

Stephen G. French
Regina Y. York
French & Associates, P.C.
Albuquerque, New Mexico

>*Attorneys for Defendants City of Rio Rancho, Rio Rancho Police Dept., Chris Pino, Jeff Chavez, and Brian Link*

Nancy Franchini
Gallagher, Casados & Mann, P.C.
Albuquerque, New Mexico

>*Attorneys for Defendants Abrazos, Inc. and Elizabeth Sims*

Kathleen M. Wilson
Mariposa Padilla Sivage
Keleher & McLeod, P.A.
Albuquerque, New Mexico

>*Attorneys for Defendant Dr. Gayle Zieman*

Donna Earl
Rio Rancho, New Mexico

>*Defendant pro se*

Consuelo Leyba
Rio Rancho, New Mexico

>*Defendant pro se*